| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>TRAXLER, Jr., William B. | 2. Court or Organization<br><br>U.S. Court of Appeals, Fourth Circuit | 3. Date of Report<br><br>05/09/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>300 E. Washington Street, Suite 222<br>Greenville, SC 29601 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting professor | Charleston School of Law |
| 2. | Trustee | Furman University |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/00/92 | State of S.C. Circuit Judge Retirement benefit (see III.A.1) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | State of S.C. Circuit Judge Retirement benefit | $69,214.20 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Greenville TEC - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia Bar Association | 4/24/12 - 4/25/12 | Richmond, Virginia | Seminar speaker | Transportation and lodging |
| 2. | South Carolina Defense Trial Attorneys Assoc. | 11/9/12-11/10/12 | Kiawah Island, South Carolina | Seminar speaker | Food and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Greenville County, S.C. | | None | M | W | | | | | |
| 2. (2) Leon County, Fla. | | None | M | W | | | | | |
| 3. (3) Leon County, Fla., 1/5 interest | | None | K | W | | | | | |
| 4. Sonoco stock (common) | A | Dividend | J | T | | | | | |
| 5. Palmetto Bank - various accounts | A | Interest | J | T | | | | | |
| 6. Washington Mutual Investors Fund IRA | A | Dividend | K | T | | | | | |
| 7. Motorola Solutions stock (common) | A | Dividend | J | T | | | | | |
| 8. Motorola Mobility stock (common) | | None | | | Sold | 05/22/12 | J | A | |
| 9. McDonalds stock (common) | A | Dividend | J | T | | | | | |
| 10. Kellogg's stock (common) | A | Dividend | J | T | | | | | |
| 11. RPM stock (common) | A | Dividend | J | T | | | | | |
| 12. Sun Trust stock (common)* | A | Dividend | J | T | | | | | |
| 13. Trust #1 | B | Rent | M | W | | | | | |
| 14. --Wells Fargo National Bank checking account | | | | | | | | | |
| 15. --Greenville County, SC | | | | | | | | | |
| 16. TD Bank checking account | A | Interest | J | T | | | | | |
| 17. Vanguard Growth & Income Portfolio | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Growth Fund of America IRA | A | Dividend | K | T | | | | | |
| 19. New Perspective Fund IRA | A | Dividend | K | T | | | | | |
| 20. First Citizens Bank-various accounts | A | Interest | M | T | | | | | |
| 21. Ameritrade IRA | A | Dividend | J | T | | | | | |
| 22. --MIPS Technologies stock (common) | | | | | | | | | |
| 23. --Honeywell stock (common) | | | | | | | | | |
| 24. --Applied Materials stock (common) | | | | | | | | | |
| 25. --Texas Instrument stock (common) | | | | | | | | | |
| 26. BB&T stock (common) | A | Dividend | J | T | | | | | |
| 27. Home Depot stock (common) | A | Dividend | J | T | | | | | |
| 28. Pfizer stock (common) | A | Dividend | J | T | | | | | |
| 29. Athene -- whole life insurance policies | A | Interest | J | T | | | | | |
| 30. Protective Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 31. Jefferson National Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 32. Conagra stock (common) | A | Dividend | J | T | | | | | |
| 33. Piedmont Natural Gas stock (common) | A | Dividend | J | T | | | | | |
| 34. Regions Financial Corp. stock (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Jefferson County, Florida 1/4 interest | B | Rent | M | W | | | | | |
| 36. South Carolina Bank & Trust-savings account | A | Interest | L | T | | | | | |
| 37. Independence Bank-money market account | A | Interest | L | T | | | | | |
| 38. Monsanto stock (common) | A | Dividend | J | T | | | | | |
| 39. Pfizer stock (common) | A | Dividend | J | T | | | | | |
| 40. Federated Govt. Cash Series | A | Interest | J | T | | | | | |
| 41. Putnam Tax Free Mutual Fund | A | Interest | J | T | | | | | |
| 42. SCANA stock (common) | A | Dividend | J | T | | | | | |
| 43. First Federal Bank-money market account | A | Interest | J | T | | | | | |
| 44. Savannah River Bank-checking account | A | Interest | M | T | | | | | |
| 45. SPY Fund | A | Dividend | J | T | | | | | |
| 46. First South Bank-CD account | A | Interest | K | T | | | | | |
| 47. RBC Bank account-USA | | None | | | Closed | 08/01/12 | J | | |
| 48. Antigonish County, Nova Scotia, Canada | | None | N | T | | | | | |
| 49. RBC Bank-savings account-Canada | A | Interest | J | T | | | | | |
| 50. NBSC Bank-money market account | A | Interest | M | T | | | | | |
| 51. TD Canada Trust-checking account | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/09/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. State Credit Union-money market account | A | Interest | M | T | | | | | |
| 53. Gilead Sciences stock (common) | | None | J | T | Buy | 05/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Parts I and III.A -- I did not teach during 2012 and hence had no income to report as a visiting professor from the Charleston School of Law.

In Parts II and III.A.1 -- I am eligible for a lifetime monthly retirement benefit of approximately 18/24 of 71.3% of the salary of a Circuit Judge of South Carolina. Payment began when I turned 55 years of age on May 1, 2003.

In Part VII, #6, #18, and #19 --The company or fund family that sponsors these funds is American Funds.

In Part VII, #13 -- No distribution was made from the trust to me in 2012. The ranges provided represent aggregate totals for the trust.

In Part VII, #29 -- Liberty Life Insurance Company changed its name to Athene Annuity and Life Assurance Company effective February 1, 2012.

In Part VII, #35 -- Income is from rent and agricultural program payments.

In Part VII, #40 -- This line-item is an account at Hilliard Lyons into which my dividends are placed that are received directly by my broker. The broker has changed the holder of the money from Hilliard Lyons Govt. Fund to Federated Govt. Cash Series, a money market mutual fund. The fund family is Federated Investor Funds.

In Part VII, #41 -- The company or fund family is Putnam Investments.

In Part VII, #43 -- First Savers Bank was taken over by First Federal Bank on or about April 27, 2012.

In Part VII, #45 -- This is an exchange traded fund. The fund family is SPDR Trust Series 1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William B. TRAXLER, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544